**Terry HARDAGE, Appellant,**

v.

**Ray REYNOLDS; Danny Wright; Vernon Sisemore; Donald Bates; Betty Whittaker; City of Johnson, Arkansas, Appellees.**

No. 03–3213.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 3, 2003.

Decided Dec. 5, 2003.

Terry Hardage, pro se, Gore, OK, for Plaintiff–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Terry Hardage appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action arising out of his September 2001 arrest and detention. Having carefully reviewed the record, see *Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (de novo standard of review), we affirm, because some defendants are immune from section 1983 liability, and Mr. Hardage failed to state a claim as to the remaining defendants. *See* 8th Cir. R. 47B.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.